# PELTON GRAHAM LLC

ADVOCATES FOR JUSTICE

August 20, 2020

Brent E. Pelton, Esq.
Pelton@PeltonGraham.com

**VIA CM/ECF**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/20/2020

Honorable Valerie Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, New York 10007



Re:  *Martinez, et al. v. Midspan Telecom Corp., et al.*
     **Civil Action No. 19 Civ. 10973 (VEC)**

Dear Judge Caproni:

This office represents the Plaintiffs in the above-referenced matter. We write, jointly with Matthew E. Cohen, Esq., counsel for Midspan Telecom Corp. and Richard Grullard, and Holly G. Rogers, Esq., counsel for Insperity PEO Services, L.P., to respectfully request a brief extension of time to submit the parties' settlement agreement and letter regarding the fairness of the FLSA settlement, as well as an adjournment of the August 28, 2020 status conference.

While the parties had anticipated having the settlement agreement signed by the August 24, 2020 deadline, we are still working to finalize the agreement and obtain signatures from all parties. Accordingly, we respectfully request a two (2)-week extension, until September 8, 2020, to submit the signed settlement agreement and fairness letter. Further, to the extent that the parties are unable to file their settlement materials by that date, the parties respectfully request that the status conference, currently scheduled for August 28, 2020 at 11:00 am, be adjourned to such date thereafter as is convenient for the Court.

This is the parties' first request for an extension of the time to file the settlement materials and an adjournment of the status conference, and it is made with Defendants' consent.

We appreciate Your Honor's attention to this matter. Please contact the undersigned should you have any questions regarding this submission.

Respectfully submitted,

*/s/ Brent E. Pelton*

Brent E. Pelton, Esq. of

**New York**: 111 Broadway, Suite 1503, New York, NY 10006  Tel. 212-385-9700  Fax 212-385-0800
**San Francisco**: 456 Montgomery Street, 18th Fl., San Francisco, CA 94104  Tel. 415-437-9100  Fax 212-385-0800

www.PeltonGraham.com

Honorable Valerie Caproni
Page **2** of **2**

PELTON GRAHAM LLC

Enclosure

cc:      All counsel (via CM/ECF)

Application GRANTED.  The motion for approval of the settlement is due by
**September 8, 2020**.  The Aug. 28 status conference is adjourned to
**September 18, 2020, at 11:30 A.M.**

SO ORDERED.                    Date: 08/20/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

www.PeltonGraham.com