USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/14/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BERNARDO MARTINEZ, LAMINE ZERBO and
MOHAMMED KAMARA, Individually and on
Behalf of All Others Similarly Situated,

                Plaintiffs,

-against-

MIDSPAN TELECOM CORP., INSPERITY PEO
SERVICES, L.P., DANIEL ZAYAS AND
RICHARD GRULLARD, Jointly and Severally,

                Defendants.
------------------------------------------------------------X

Case No.: 19-cv-10973 (VEC)(OTW)

**STIPULATION OF DISMISSAL**

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties in the above captioned action through their undersigned counsel that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, in accordance with Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Class & Collective Action Complaint in the above-captioned action and all claims alleged therein be dismissed with prejudice, with each party to bear their own fees and costs.

    Bernardo Martinez, Lamine Zerbo, Mohammed Kamara, Ebelio Perez, and Saul Cepin are precluded from bringing any further claims against the Defendants under the Fair Labor Standards Act or New York Labor Law, or any federal, state or local law, for unpaid wages, including minimum wages and overtime pay for the period set forth in Plaintiffs' Class & Collective Action Complaint.

    **IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts with scanned PDF or facsimile signatures treated as originals.

Dated: Sept. 22, 2020        Dated: September 18, 2020

23

PELTON GRAHAM LLC
*Attorneys for Plaintiffs*

By: /s/ Brent E. Pelton
Brent E. Pelton, Esq.
Kristen Boysen, Esq.
111 Broadway, Suite 250
New York, New York 10006
(212) 385-9700
pelton@peltongraham.com
boysen@peltongraham.com

KAUFMAN DOLOWICH & VOLUCK, LLP
*Attorneys for Midspan Telecom Corp. and Richard Grullard*

By: /s/
Keith Gutstein, Esq.
Matthew Cohen, Esq.
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
(516) 681-1100
kgutstein@kdvlaw.com
mcohen@kdvlaw.com

Dated: September 22, 2020

MELICK & PORTER, LLP
*Attorney for Insperity PEO Services, L.P.*

By: /s/
Mathew W. Beckwith, Esq.
900 Main Street South
Southbury, Connecticut 06488
(203) 596-0500
mbeckwith@melicklaw.com

If not already closed, the Clerk of Court is respectfully directed to terminate all open motions and to close this case.

SO ORDERED:

/s/ Valerie Caproni
Hon. Valerie E. Caproni, U.S.D.J.

Date: October 14, 2020

24